## STARLING v. THORNE & BROTHER.

87  513
Case 1
f128  549

### NEW TRIAL. PRACTICE. JURORS.

1. The losing party is entitled to a new trial where it appears that a man who was not a member of the jury, and whose name was not on the list, did, without the knowledge or consent of such party or his counsel, accompany the jury to their room, remain there with them, and participate in the formation and rendition of the verdict. 1 Thompson on Trials, §§ 3 and 4, and cases cited.

2. The recital of facts in a motion for a new trial is verified where the bill of exceptions sets forth in detail all the grounds and adds: "The recitals of fact contained in the motion for a new trial, and in each of the foregoing six grounds thereof, are true and correct."

July 13, 1891.                              *Judgment reversed.*

From Bulloch superior court.   October term, 1890. Before Judge HINES.

J. G. & D. H. CLARK, for plaintiff in error.

D. R. GROOVER, by brief, *contra.*

---

## WEED v. THE MAYOR AND ALDERMEN OF SAVANNAH.

1. The special acts of September 5th, 1885, and October 1st, 1887, empowering the Mayor and Aldermen of Savannah to improve the streets and levy local assessments therefor, are not unconstitutional as special laws, or for any other reason brought to the attention of this court.

2. There was no abuse of discretion in denying the temporary injunction prayed for.

July 13, 1891.

Municipal corporations. Assessments for street improvement. Constitutional law. Injunction. Before Judge FALLIGANT. Chatham county. At chambers, March 30, 1891.

Reported in the decision.

C. N. WEST, for plaintiff.

S. B. ADAMS, by A. R. LAWTON, Jr., for defendant.

LUMPKIN, Justice.

In 1885 the General Assembly passed an act author-

v 87-33